673 P.2d 384

**Charles E. DAVISON, Plaintiff-Appellant,**

v.

**IDAHO DEPT. OF HEALTH & WELFARE, Defendant-Respondent.**

No. 13636.

Supreme Court of Idaho.

Dec. 1, 1983.

Howard A. Belodoff, Idaho Legal Aid Services, Inc., Boise, for Idaho Legal Aid Services.

Michael B. Glomb, Asst. Gen. Counsel, Legal Services Corp., Washington, D.C., for amicus curiae Legal Services Corp.

Jim Jones, Atty. Gen., Boise, James A. Raeon, Deputy Atty. Gen., Coeur d'Alene, Lynn E. Thomas, Sol. Gen., Boise, for defendant-respondent.

PER CURIAM:

On December 29, 1982, this Court issued its opinion in this matter, affirming the district court and granting costs and attorney fees on appeal to respondent. Additionally, this Court concluded "that our finding that this appeal was brought unreasonably and without foundation is the legal equivalent of and constitutes malicious abuse of the legal process as that phrase is used in 42 U.S.C. 2996e(f), and thus the award of costs and attorney fees is assessed against Idaho Legal Aid Services, Inc., which prosecuted this appeal."

On rehearing we conclude that the standard set out in 42 U.S.C. 2996e(f) has not been met here, and accordingly Idaho Legal Aid Services, Inc., is not liable for the costs and attorney fees awarded to respondent.

No costs or attorney fees are granted on the rehearing.

BISTLINE, Justice, concurring.

As reflected in the Idaho Reports, Vol. 104, p. 442, and in the Pacific Reporter, Vol. 660, p. 54, I did not sit when this case was first heard. Had I participated, I would have joined the opinion of Justice Donaldson. The views which I recently set forth in *Everett v. Trunnel,* 105 Idaho 787, 673 P.2d 387 (1983) are applicable here. Accordingly, I have joined today's per curiam opinion.